UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN ONE CREDIT UNION,<br><br>Defendant. | No.  2:26-cv-0537 DJC AC PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the undersigned for pretrial purposes by E.D. Cal. R. ("Local Rule") 302(c)(21).  On March 3, 2026, the court denied plaintiff's motion to proceed without paying the filing fee and ordered plaintiff to pay the filing fee within 30 days.  ECF No. 3.  The court cautioned plaintiff that if she did not pay the filing fee, the case would be dismissed or failure to prosecute.  Id.  Plaintiff did not pay the filing fee or otherwise respond to the court's order.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without payment of the filing fee and plaintiff's participation, the court finds the

1

factors weigh in favor of dismissal.  Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 6, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2